FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 25 2019 ★
BROOKLYN OFFICE

DeARCY HALL, J.

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

MISC 19-1038

In re Application of Doosan Heavy Industries and Construction Co., Ltd. for an Order Directing Discovery from Liberty Maritime Corporation Pursuant to 28 U.S.C. § 1782

Index No.: _____

*Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782

 

Petitioner Doosan Heavy Industries and Construction Co., Ltd. ("Petitioner" or "Doosan") hereby petitions this Court pursuant to 28 U.S.C. § 1782 for assistance in connection with foreign legal proceedings.

Petitioner seeks an order authorizing the issuance of subpoenas to Liberty Maritime Corporation ("Liberty Maritime"), a corporation that maintains its headquarters and principal place of business in this district and that has engaged in shipping related activity in a port operated by Kuwait Gulf Link International for Ports, Warehousing and Transport KSCC ("KGLPI"), requesting documents and a deposition witness concerning its business relationship with KGLPI. Such discovery is sought in aid of proceedings that have been commenced in Egypt.

As explained in Petitioner's memorandum of law, filed simultaneously herewith, Petitioner is entitled to the relief sought because each of the statutory prerequisites to order discovery in aid of the foreign proceedings is satisfied: (1) Petitioner is an "interested person" within the meaning of 28 U.S.C. § 1782 and is entitled to seek assistance thereunder; (2) the discovery sought is for use in foreign judicial proceedings, any of which would properly be considered a "proceeding before a foreign or international tribunal; and (3) Liberty Maritime resides and is found in this district.

WHEREFORE, Petitioner respectfully requests that the Court grant the Petition and authorize Petitioner to issue subpoenas to Liberty Maritime in the form attached hereto as Appendix A, and authorize Petitioner to issue additional subpoenas for the production of documents and/or depositions of Liberty Maritime as Petitioner reasonably deems appropriate and as are consistent with the Federal Rules of Civil Procedure.

Dated: New York, New York
      June 24, 2019

Respectfully submitted,

/s/ James E. Berger

James E. Berger (JB 6605)
Joshua S. Wan (JW 7074)

KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
jberger@kslaw.com
jwan@kslaw.com

*Attorneys for Petitioner Doosan Heavy Industries and Construction Co., Ltd.*