UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of Doosan Heavy Industries and Construction Co., Ltd. for an Order Directing Discovery from Liberty Maritime Corporation Pursuant to 28 U.S.C. § 1782 | Index No. _____ |

## [PROPOSED] ORDER

Upon consideration of the foregoing *Ex Parte* Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782, it is

HEREBY ORDERED that the Petition is granted, and the Petitioner is authorized to issue subpoenas to Liberty Maritime Corporation ("Liberty Maritime") in the form attached to Petitioner's filing and is further authorized to issue additional subpoenas for the production of documents and/or depositions of Liberty Maritime as Petitioner reasonably deems appropriate and as are consistent with the Federal Rules of Civil Procedure.

Dated this the _____ day of _____, 2019.

_____
United States District Judge