DeARCY HALL, J.

MISC 19-1638

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUN 25 2019
BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MISCELLANEOUS CASE INFORMATION SHEET

| **PLAINTIFF:** | **DEFENDANT:** |
|---|---|
|  |  |

**IN THE MATTER OF:**
Application of Doosan Heavy Industries and Construction Co., Ltd. for an Order Directing Discovery from Liberty Maritime Corporation Pursuant to 28 U.S.C. § 1782

**CAUSE OF ACTION:**
Ex parte petition for judicial assistance pursuant to 28 U.S.C. 1782

**RELIEF SOUGHT:**
Order directing discovery from Liberty Maritime Corporation in aid of foreign proceedings

| **ATTORNEY FOR PLAINTIFF:** | **ATTORNEY FOR DEFENDANT:** |
|---|---|
| James E. Berger<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>(212) 556-2202 |  |

I am currently a member in good standing of the bar of this Court:   ☑ YES   ☐ NO

Signature of Attorney of Record: _James E. B____   Date: _6/25/19_