DeARCY HALL, J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 25 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| In re Application of Doosan Heavy Industries and Construction Co., Ltd. for an Order Directing Discovery from Liberty Maritime Corporation Pursuant to 28 U.S.C. § 1782 | Misc. No. 19-1638 <br><br> Rule 7.1 Disclosure Statement |
|---|---|

Petitioner Doosan Heavy Industries and Construction Co., Ltd. ("Petitioner" or "Doosan"), through its counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1 of the United States District Court for the Eastern District of New York, state the following:

Doosan is a public company incorporated under the laws of South Korea. Doosan is 34.6% owned by Doosan Corporation, a publicly traded company listed on the Korea Exchange, which has de facto control over Doosan. No other publicly held corporation owns 10% or more of Doosan's stock. No stock of Doosan is traded on a U.S. exchange.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 25, 2019

Respectfully submitted,

*/s/ James E. Berger*

James E. Berger (JB 6605)
Joshua S. Wan (JW 7074)

KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
jberger@kslaw.com

jwan@kslaw.com

*Attorneys for Petitioner Doosan Heavy Industries and Construction Co., Ltd.*