# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222

James E. Berger
Partner
Direct Dial: +1 212 556 2202
Direct Fax: +1 212 556 2222
jberger@kslaw.com

April 9, 2020

<u>VIA ECF</u>

Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**    *Application of Doosan Heavy Industries and Construction Co., Ltd. for an Order Directing Discovery Pursuant to 28 U.S.C. § 1782*, **1:19-mc-01638-LDH**

Dear Judge DeArcy Hall:

    We write on behalf of Petitioner Doosan Heavy Industries and Construction Co., Ltd. ("Petitioner") regarding Petitioner's pending *ex parte* application for an order directing discovery from Liberty Maritime Corporation pursuant to 28 U.S.C. § 1782 ("Application").

    We write merely to follow up on the Application, which has been pending since June 25, 2019, without any acknowledgement or action by the Court. We thank the Court for its consideration and are available at the Court's convenience should the Court require any additional information from us.

                                                   Respectfully submitted,

                                                   James E. Berger